AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| United States of America | ) |
| v. | ) 17-MJ- 4136 |
| DEBORAH R. SIEGEL-EDELMAN, *Defendant* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about September 23, 2017, in the county of __Monroe__ in the Western District of New York, the defendant violated __18__ U.S.C. § __1951(a)__, offenses described as follows:

the defendant interfered with commerce by threats or violence.

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

❏ Continued on the attached sheet.

_____
Complainant's signature

SETH FLEITMAN, Special Agent
Federal Bureau of Investigation
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __October 26, 2017__

_____
Judge's signature

City and State: __Rochester, New York__   Hon. Marian W. Payson, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

DEBORAH R. SIEGEL-EDELMAN,

                Defendant.

17-MJ- 4136

---

State of New York  )
County of Monroe  ) ss:
City of Rochester   )

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

**SETH FLEITMAN**, being duly sworn, deposes and says:

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), and have been employed in that capacity for approximately 5 1/2 years. I am currently assigned to the FBI's Buffalo Division Rochester Resident Agency, Rochester Area Major Crimes Task Force. During the course of my employment with the FBI, I have received specialized training in, and have participated in, criminal investigations involving violations of bank fraud, wire fraud, mail fraud, bank robberies, Hobbs Act, violent crimes, identity theft, federal health care laws and other crimes.

2. This affidavit is submitted in support of a criminal complaint against DEBORAH R. SIEGEL-EDELMAN (hereinafter "SIEGEL-EDELMAN"), for violations of Title 18, United States Code, Section 1951(a) (Interference with Commerce by Threats or Violence) committed on or about September 23, 2017. The assertions made herein are based

1

upon my personal knowledge or upon information I have received from other law enforcement agents who are involved in this investigation. Further, I have had discussions with officers involved in this investigation who have confirmed the accuracy of the information contained within this affidavit. Since this affidavit is being submitted for a limited purpose, I have not included each and every fact I know concerning this investigation. Rather, I have set forth only those facts that relate to the issue of whether probable cause exists to believe the defendant(s) committed the above-mentioned offenses. In support thereof, I respectfully state the following:

## BACKGROUND OF INVESTIGATION

3.     The FBI Rochester Area Major Crimes Task Force, in conjunction with local law enforcement authorities, has been investigating a series of commercial robberies in the Rochester, New York area. During that investigation, SIEGEL-EDELMAN was developed a suspect involved in two separate commercial robberies, including but not limited to the following robberies, which are set forth in this affidavit: (1) September 23, 2017 robbery of the Bronx Market at 594 Brown Street, Rochester, New York; and (2) September 23, 2017 robbery of the Grayhound Express store located at 479 Carter Street, Rochester, New York. At times relevant to this investigation, some of the goods supplied to the aforementioned commercial stores were shipped from outside New York State; thus, SIEGEL-EDELMAN, while in the Western District of New York, did knowingly, willfully, and unlawfully obstruct, delay and affect commerce, as that term is defined in Title 18, Unites States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in particular, the

robbery of assets, including United States currency, all in violation of Title 18, United States Code, Section 1951(a).

### Robbery #1: Bronx Market at 594 Brown Street, Rochester, New York

4. On September 23, 2017 at approximately 10:38 p.m., a group of four male subjects (hereinafter Subjects 1, 2, 3, and 4) robbed the Bronx Market located at 594 Brown Street in Rochester, New York. The two store employees (hereinafter Victim 1 and 2) present at the time of the robbery were the store owner (Victim 1), and an employee (Victim 2), who was behind the counter with the cash register at the time of the robbery. Victim 1 stated that while he was inside the store, Subject 1 and Subject 2 walked in with hoodies over their heads. Victim 1 thought these males were suspicious, so he exited the store, and tried to call 911. At that time, he saw Subject 3 and Subject 4 waiting in front of the store. Subject 3 walked up to Victim 1 with his hand in his pocket and asked him where he was going. Victim 1 thought Subject 3 had a gun in his pocket, so he ran across the street towards Brown Street. Victim 1 said Subject 3 and Subject 4 did not go into the store and continued to wait outside.

5. Meanwhile, Victim 2 was still inside the store with Subject 1 and Subject 2. Subject 2 was wearing a black hoodie, and his face was covered with a red handkerchief or red cloth. He walked up to the counter and pointed a black handgun at Victim 2. Subject 1 was wearing a blue and black striped hoodie. Subject 1 jumped over the counter, and removed the cash register tray containing approximately $900 dollars in cash. Subject 2 also stole a box of candy bars from the counter. Both Subject 1 and Subject 2 exited the store

3

with the tray of cash and box of candy bars. All subjects then fled northbound on Saxton Street towards Dengler Street. Law enforcement obtained a copy of the store's surveillance video, which captured footage of the robbery.

**Robbery #2: Grayhound Express Mini Mart at 479 Carter Street, Rochester, New York**

6. On September 23, 2017 at approximately 11:28 p.m., a group of four male subjects (hereinafter Subjects 1, 2, 3, and 4) robbed the Grayhound Express Mini Mart located at 479 Carter Street in Rochester, New York. Victim 1, who is the store owner, was with Victims 2 and 3 inside the store at the time of the robbery. Victim 1 stated that four subjects entered the store, and attempted to rob him. Subject 1 was a white male that was wearing a black hoodie, dark pants, had a red bandana over his face, and was armed with a handgun (RPD subsequently recovered this handgun at the scene and it is a .22 caliber Kimber pistol). Subject 2 is a male black that was heavy set, had a beard, and was wearing a black shirt and blue jeans. Subject 3 was a male black with a medium build that was wearing a blue and black striped jacket, and carrying a backpack. Subject 4 was a male black with a medium build wearing a gray hoodie and dark shorts.

7. Subjects 1, 2, and 3 enter the store briefly, and then walked back outside while subject 4 stayed outside. Subjects 1, 2, and 3 then reenter the store, where Subject 1, the male white, pulls a handgun on Victim 1, from out of his left pocket with his left hand. Victim 1 takes out his legally owned handgun and gets in a struggle with Subject 1, striking Subject 1 in the head with his gun (a Beretta 96-d). While Victim 1 is struggling with Subject 1, Victim 2 runs up behind Subject 1, and is able to remove Subject 1's gun from his grip. Subject 1

4

then strikes Victim 1 in the face with his left fist, breaking Victim 1's nose. Victim 2 points the gun at Subject 1, while Subject 2, the heavyset male black, approaches him. Victim 2 fires the single round from Subject 1's gun at Subject 2, who flinches, and appears to be struck by this round. An extensive search for the projectile was conducted within the store with negative results. Subjects 1, 2, 3 and 4 then run out of the store northbound on Carter Street and then westbound on Manchester Street. Law enforcement obtained a copy of the store's surveillance video, which captured footage of the robbery.

## IDENTIFICATION OF SIEGEL-EDELMAN

8. On October 26, 2017, pursuant to the execution of a search warrant at 390 Ravine Avenue, Confidential Witness 1 (hereinafter "CW 1") was detained and held for questioning. CW 1 was transported to the Rochester Police Department's East side office where he/she was subsequently interviewed by law enforcement regarding his/her knowledge of the previously described robberies and the individuals involved. Certain information provided by CW 1 was consistent with information already learned by law enforcement regarding these robberies, and CW 1's information is also consistent with that provided by CW 2, as discussed later. The interview was taped and recorded. During the interview, CW 1 was read and agreed to waive his/her Miranda rights, and spoke to law enforcement. During this interview, CW 1 stated, in sum and substance, that he/she was aware of the aforementioned robberies and recalled details from September 23, 2017, the date of the described robberies. CW 1 stated that he/she knew that SIEGEL-EDLEMAN drove the above mentioned subjects to both of the previously described robberies that occurred. CW 1 stated that before robbery #1 occurred, he/she was present at 390 Ravine Avenue, Rochester, New York with the subjects

5

from these robberies, where SIEGEL-EDLEMAN along with several other individuals were hanging out. After a period of time, SIEGEL-EDLEMAN, along with the subjects from these robberies, left the aforementioned address. CW 1 stated that when the individuals, including SIEGEL-EDLEMAN, returned later to 390 Ravine Avenue, there was a bit of a commotion. CW 1 stated that when the individuals returned, he/she saw the subjects mentioned above with proceeds from the robberies and heard them talking about one of the subjects involved getting shot during the robbery.

9. On October 26, 2017, pursuant to the execution of a search warrant at 390 Ravine Avenue, Confidential Witness 2 (hereinafter "CW 2") was detained and held for questioning. CW 2 was transported to the Rochester Police Department's East side office where he/she was subsequently interviewed by law enforcement regarding his/her knowledge of the previously described robberies and the individuals involved. Certain information provided by CW 2 was consistent with information already learned by law enforcement regarding these robberies, and CW 2's information is also consistent with that provided by CW 1, as previously discussed. The interview was taped and recorded. During the interview, CW 2 was read and agreed to waive his/her Miranda rights, and spoke to law enforcement. During this interview, CW 2 stated, in sum and substance, they he/she was aware of the aforementioned robberies and recalled details from September 23, 2017, the date of the described robberies. CW 2 stated he/she knew SIEGEL-EDLEMAN drove the above mentioned subjects to both of the previously described robberies that occurred. CW 2 stated before robbery #1 occurred, he/she was present at 390 Ravine Avenue, Rochester, New York, where SIEGEL-EDLEMAN and the subjects from these robberies were hanging out. At some point,

6

SIEGEL-EDLEMAN, along with the subjects from these robberies left the aforementioned address. CW 2 stated when the individuals, including SIEGEL-EDLEMAN, returned to the same address mentioned above there was a bit of commotion. CW 1 stated when the individuals returned he/she saw the subjects mentioned above with proceeds from the robberies and heard them talking about one of the subjects involved getting shot during the robbery.

10. On October 26, 2017, one of the aforementioned subjects was arrested and taken into custody pursuant to an arrest warrant related to the above mentioned matters. The subject was subsequently read their Miranda rights and was then interviewed regarding the robberies. This interview was taped and recorded. After the subject agreed to waive their Miranda rights and talk to law enforcement, they admitted to being involved in the above mentioned robberies. In addition to admitting to his/her role in the robberies, they identified themselves in photos taken of the video surveillance that was obtained from both of the stores during the respective robberies. This subject then also identified SIEGEL-EDELMAN as the driver for both of the robberies mentioned above. The subject stated SIEGEL-EDELMAN drove all of the above mentioned subjects in her white Toyota to the robberies.

11. A review of New York State Department of Motor Vehicle records reveals that a 2009 White Toyota is currently registered to SIEGEL-EDELMAN's father.

## CONCLUSION

12. Based upon the above information, I submit there is probable cause to believe that, on or about September 23, 2017, in the City of Rochester, County of Monroe, Western District of New York, DEBORAH R. SIEGEL-EDELMAN violated Title 18, United States Code, Section 1951(a) (Interference with Commerce by Threats or Violence).

_____
Seth Fleitman
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me
this 26 day of October, 2017.

_____
HONORABLE MARIAN W. PAYSON
United States Magistrate Judge